ANDREW A. GOODMAN (CA State Bar No. 115685)
LAW OFFICE OF ANDREW A. GOODMAN, P.C.
21650 Oxnard Street, Suite 500
Woodland Hills, CA. 91367
Telephone: (818) 827-9250
Telecopier: (818) 932-3684
E-Mail: agoodman@andyglaw.com

Attorneys for Defendants
Kenneth W. Kreisel and Laurene M. Kreisel

FILED & ENTERED

APR 24 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY marshall DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KENNETH W. KREISEL and LAURENE M. KREISEL,<br><br>Debtors.<br>_____<br><br>PM FACTORS, INC., a California corporation dba 1st FACTORS BANCORP,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH W. KREISEL and LAURENE M. KREISEL,<br><br>Defendants.<br><br>KENNETH W. KREISEL, Individually & derivatively on behalf of MILLER & KREISEL SOUND, Inc.<br><br>Counter-Claimants,<br><br>vs.<br><br>PM FACTORS, INC., a California corporation dba 1st FACTORS BANCORP, STEPHEN PERL, an Individual, PETER PERL, an Individual, MILLER & KREISEL SOUND, INC. & DOES 1 through 10, Inclusive,<br><br>Counter-Defendants. | Case No. 1:07-bk-11493 MT<br><br>[Chapter 7]<br><br>Adv. No. 1:08-ap-01169-MT<br><br><br><br>**ORDER <u>GRANTING</u> MOTION BY LAW OFFICES OF ANDREW GOODMAN FOR AN ORDER AUTHORIZING WITHDRAWAL AS BANKRUPTCY COUNSEL FOR KENNETH W. KREISEL AND LAURENE M. KREISEL IN THE DISCHARGEABILITY CASE COMMENCED BY PM FACTORS, INC.**<br><br><br>DATE: April 1, 2009<br>TIME: 10:00 a.m.<br>PLACE: Courtroom "301"<br>       21041 Burbank Blvd.<br>       Woodland Hills, CA 91367 |

1

| | |
|---|---|
| 1 | The Motion By Law Offices of Andrew Goodman For An Order Authorizing Withdrawal As |
| 2 | Bankruptcy Counsel For Kenneth W. Kreisel And Laurene M. Kreisel In The Dischargeability Case |
| 3 | Commenced By Pm Factors, Inc. (the "Withdrawal Motion") came on regularly for hearing before |
| 4 | the Honorable Maureen Tighe, United States Bankruptcy Judge, in Courtroom 302 of the above- |
| 5 | entitled Court, located at 21041 Burbank Boulevard, Woodland Hills, CA. 91367 on April 1, 2009 at |
| 6 | 10:00 a.m. Andrew Goodman, Esq. Law Offices of Andrew Goodman appeared on behalf of Law |
| 7 | Offices of Andrew Goodman. Also present was Kenneth Kreisel. There were no other appearances. |

The Court, having received no opposition to the Withdrawal Motion, Mr. Kreisel stating in open Court that he did not oppose the Withdrawal Motion; and other good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Withdrawal Motion is granted.

###

DATED: April 24, 2009

_/s/ Maureen Tighe_
United States Bankruptcy Judge

2

| In re:<br>KENNETH W. KREISEL and LAURENE M. KREISEL,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 1:07-bk-11493-MT |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367.** The foregoing document described **ORDER GRANTING MOTION BY LAW OFFICES OF ANDREW GOODMAN FOR AN ORDER AUTHORIZING WITHDRAWAL AS BANKRUPTCY COUNSEL FOR KENNETH W. KREISEL AND LAURENE M. KREISEL IN THE DISCHARGEABILITY CASE COMMENCED BY PM FACTORS, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 14, 2009** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Jennifer Braun - US Trustee – Jennifer.braun@usdoj.gov
Andrew A Goodman - former counsel for defendants – agoodman@andyglaw.com
United States Trustee (SV) – ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On **April 14, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Honorable Maureen Tighe
United States Bankruptcy Court
Central District of California
21041 Warner Center Lane, Suite 325
Woodland Hills, CA. 91367-6606

Kenneth and Laurene Kreisel        **Via U.S. Mail**
5409 Castle Knoll Road
La Canada Flintridge, CA  91011
Debtors

Scott E. Shapiro, Esq.        **Via U.S. Mail**
Law Offices of Scott E. Shapiro, P.C.
17337 Ventura Blvd., Suite 200
Encino, CA  91316
Attorneys for PM Factors, Inc

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 14, 2009 | MELA ZEPEDA | /s/ Mela Zepeda |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>KENNETH W. KREISEL and LAURENE M. KREISEL,<br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:07-bk-11493-MT |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION BY LAW OFFICES OF ANDREW GOODMAN FOR AN ORDER AUTHORIZING WITHDRAWAL AS BANKRUPTCY COUNSEL FOR KENNETH W. KREISEL AND LAURENE M. KREISEL IN THE DISCHARGEABILITY CASE COMMENCED BY PM FACTORS, INC** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING NEF** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 14, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jennifer Braun - US Trustee – Jennifer.braun@usdoj.gov
Andrew A Goodman - former counsel for defendants – agoodman@andyglaw.com
United States Trustee (SV) – ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Scott E. Shapiro, Esq.
Law Offices of Scott E. Shapiro, P.C.
17337 Ventura Blvd., Suite 200
Encino, CA  91316
Attorneys for PM Factors, Inc

Kenneth and Laurene Kreisel
5409 Castle Knoll Road
La Canada Flintridge, CA  91011
Debtors

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page